**Appeal No.    2021AP997-CR**

**STATE OF WISCONSIN**

Cir. Ct. No.  2008CF526

**IN COURT OF APPEALS
DISTRICT III**

---

**STATE OF WISCONSIN,**

   **PLAINTIFF-RESPONDENT,**

**V.**

**TRAVIS J. HUSNIK,**

   **DEFENDANT-APPELLANT.**

FILED

March 23, 2023

Sheila T. Reiff
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Sheila T. Reiff
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District III
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. Thomas J. Walsh
Circuit Court Judge
Electronic Notice

John VanderLeest
Clerk of Circuit Court
Brown County Courthouse
Electronic Notice

Jonathan D. Gunderson
Electronic Notice

David L. Lasee
Electronic Notice

Donald V. Latorraca
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to footnote 2 in the above-captioned opinion which was released on March 21, 2023.  A corrected

electronic version in its entirety is available on the court's website at www.wicourts.gov.